Lenora M. Smith, Esq., Harrisburg, for Dowayne Blount.

Karen M. Balaban, Esq., for Shaun O'Toole.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, and BALDWIN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 24th day of April, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**

■

**In re Nomination Petition of Marie DEYOUNG as a Democrat for State Representative in the General Assembly for the 163rd Legislative District, Appeal of Harry M. Riley, IV.**

Supreme Court of Pennsylvania.

Submitted April 17, 2006.

Decided April 25, 2006.

Michael Lawrence Maddren, Esq., Media, for Harry M. Riley, IV.

Bruce H. Bikin, Esq., Philadelphia, for Marie E. DeYoung.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, and BALDWIN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 25th day of April, 2006, we **REVERSE** the Order of the Commonwealth Court and **REMAND** to the Commonwealth Court for a decision on the merits on Appellee Harry M. Riley's Petition to Set Aside Nomination Petition. Said decision to be rendered within seven (7) days of the date of this Order. A qualified private party has a right to object to a Statement of Financial Interests attached to a Nomination Petition, therefore Appellee has standing to object in this matter. *Cf. In re Nomination Petition Bryant,* 578 Pa. 421, 852 A.2d 1193 (2004); *In re Petition of Cioppa,* 533 Pa. 564, 626 A.2d 146 (1993). Opinion to follow. Jurisdiction relinquished.

■

**In re the Nomination Papers of Patrick J. MURPHY as Candidate for Representative in the United States Congress of District Eight, Appeal of Jane Faust.**

Supreme Court of Pennsylvania.

Submitted April 17, 2006.

Decided April 26, 2006.

Lawrence M. Otter, Esq., Harrisburg, for Jane Faust.

E. Graham Robb, Jr., Esq., Philadelphia, for Patrick J. Murphy.

Louis Lawrence Boyle, Esq., for Bureau of Commissions, Elections and Legislation.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, and BALDWIN, JJ.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of April, 2006, the Order of the Commonwealth Court is **AFFIRMED.**